IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DESMOND LEE BROWN, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00160-MTT |
| | * |
| MACON BIBB COUNTY GOVERNMENT et al, | |
| | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 3, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 3rd day of October, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk